# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | |
| DURACO PRODUCTS, INC. | ) | Case No. 08 B 31353 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

## ORDER ALLOWING ADMINISTRATIVE EXPENSE
## CLAIM OF DURACO EMPLOYEES

At Chicago, in said District, this 1st day of December of 2010.

THIS CAUSE coming to be heard upon the motion (the "Motion") of MARIA ARTEAGA, OFELIA ARTEAGA, ROSA BRISEÑO, KIMBERLY CAMBRA, JOSE DELGADO, MIKE DICKEY, MARIA GONZALEZ, BRYAN HODSON, ADALBERTO JIMENEZ, GARY KRAMER, MONICA MARES, PABLINO MARTINEZ, GUADALUPE MENDOZA, ROBIN RITCHEY, BRENDA RODRIGUEZ, JESENYA RODRIGUEZ, JUAN RODRIGUEZ, PATRICIA SEIDL, RUDOLPH SEIDL, KENNETH SOCKI, and WILLIAM VAN DUSEN (hereinafter "Duraco Employees") former employees of DURACO PRODUCTS, INC. (hereinafter "Duraco"), for entry of an order pursuant to Sections 503 and 507(a)(2) of the Bankruptcy Code, allowing their administrative claim under Chapter 11 Bankruptcy in favor of the Duraco Employees in the total amount of **$394,553.60**, apportioned as designated on Exhibit A to this Order. Due and adequate written notice of the Motion having been given to all parties entitled thereto; and the Court having reviewed the Motion and having heard and considered statements of counsel for Duraco and other interested parties, and being otherwise fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Duraco Employees are hereby allowed and awarded a Chapter 11

Administrative Expense Claim against the estate of Duraco pursuant to section 503 of the Bankruptcy Code in the amount of **$394,553.60**, apportioned as designated on Exhibit A to this Order.

2.  The Notice given of the Motion and the relief requested therein is adequate and reasonable under the circumstances.

SO ORDERED:

Hon. Eugene R. Wedoff
U.S. Bankruptcy Judge
1 DEC 2010

*This Order Prepared by:*
Christopher J. Williams (ARDC# 6284262)
Working Hands Legal Clinic
77 W. Washington St., Suite 1402
Chicago, IL 60602
312-795-9115

One of Attorneys for the Duraco Employees/Creditors

2

# Exhibit A

| Name | Wages Owed According to Payroll and Bank Records | Total Additional Unrecorded Wages Owed | Liquidated Damages | Commission | Unpaid Accrued Vacation Owed | Total |
|---|---|---|---|---|---|---|
| Column1 | Column2 | Column3 | Column4 | Column42 | Column5 | Column6 |
| Arteaga, Maria | $ 5,710.10 | $ 520.00 | $ 6,230.10 | | $ 880.00 | $ 13,340.20 |
| Arteaga, Ofelia | $ 5,152.80 | $ 216.00 | $ 5,368.80 | | $ 360.00 | $ 11,097.60 |
| Avina, Maria | $ 882.76 | $ | $ 882.76 | | $ 640.00 | $ 2,405.52 |
| Baca, Patrick | $ 1,273.80 | $ 192.00 | $ 1,465.80 | | | $ 2,931.60 |
| Brisano, Rose | $ 5,255.69 | $ 241.20 | $ 5,696.89 | | $ 400.00 | $ 11,793.78 |
| Cambra, Kim | $ 8,096.89 | $ - | $ 8,096.89 | | | $ 16,193.78 |
| Dicker, Mike | $ 4,266.35 | $ 176.00 | $ 4,442.35 | | | $ 8,884.70 |
| Gonzalez, Maria | $ 6,420.89 | $ 1,220.00 | $ 7,640.89 | | $ 640.00 | $ 15,921.78 |
| Housel, Brian | $ 12,691.94 | $ 1,028.84 | $ 13,630.78 | | $ 515.52 | $ 27,777.08 |
| Jimenez, Adalberto | $ 11,341.54 | $ | $ 11,341.54 | | | $ 22,683.08 |
| Jimenez, Manuel | $ 1,903.20 | $ | $ 1,903.20 | | | $ 3,806.40 |
| Kramer, Gary | | $ 250.00 | $ 250.00 | | $ 888.16 | $ 1,388.16 |
| Madrid, Maria | $ 3,409.78 | $ 96.00 | $ 3,405.78 | | $ 520.00 | $ 7,331.56 |
| Magnuson, Donna | $ 17,201.90 | $ 1,450.35 | $ 18,652.25 | $ 1,000.00 | | $ 38,304.50 |
| Mares, Monica | $ 5,512.84 | $ 216.00 | $ 5,728.84 | | $ 360.00 | $ 11,817.68 |
| Martinez, Pablino | $ 2,365.60 | $ | $ 2,365.60 | | | $ 4,731.20 |
| Mendoza, Guadalupe | $ 3,347.20 | $ 3,156.00 | $ 6,503.20 | | $ 960.00 | $ 13,966.40 |
| Perez, Silvia | $ 2,732.05 | $ | $ 2,732.05 | | | $ 5,464.10 |
| Richey, Robin | $ 5,355.77 | $ 205.12 | $ 5,561.89 | | | $ 11,123.78 |
| Rodriguez, Irma | $ 5,449.40 | $ - | $ 5,449.40 | | $ 402.00 | $ 11,300.80 |
| Rodriguez, Brenda | $ 763.88 | $ | $ 763.88 | | | $ 1,527.76 |
| Rodriguez, Jesenya | $ 504.35 | $ - | $ 504.35 | | | $ 1,008.70 |
| Rodriguez, Juan | $ 6,695.36 | $ 384.00 | $ 7,079.36 | | $ 960.00 | $ 15,118.72 |
| Schmidt, Dorothea | $ 7,774.62 | $ 205.44 | $ 7,980.06 | | | $ 15,960.12 |
| Seidl, Rodolfo | $ 1,568.50 | $ 450.02 | $ 1,818.52 | | | $ 3,637.04 |
| Seidl, Patricia | $ 1,346.43 | $ 177.60 | $ 1,524.03 | | $ 2,200.00 | $ 5,248.06 |
| Sochi, Kenneth | $ 11,450.80 | $ 2,980.75 | $ 14,431.55 | | $ 4,280.00 | $ 33,143.10 |
| Van Dusen, William | $ 25,531.20 | $ 3,345.21 | $ 28,876.41 | | $ 1,418.40 | $ 59,171.22 |
| Vazquez, Maria | $ 1,435.10 | $ | $ 1,435.10 | | | $ 2,870.20 |
| Zuniga, Felipe | $ 7,302.50 | $ - | $ 7,302.50 | | | $ 14,605.00 |
| Totals | $ 174,654.24 | $ 14,510.52 | $ 189,164.76 | | $ 15,224.08 | $ 994,393.60 |

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | Case No. 08 B 31353 |
| DURACO PRODUCTS, INC. | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: |
| Debtor. | ) | Motion Time: |

### AFFIDAVIT OF JOSE DELGADO

I, Jose Delgado, under penalty of perjury, hereby depose and state based on personal knowledge that the following facts are true and correct:

1. I was employed by Duraco Products, Inc., my work consisted of _WAREHOUSE A FORKLIFT DRIVER_

2. I was paid $12.82 per hour and I usually worked 40 hours per week.

3. On or around July 2009 Duraco Products, Inc. stopped paying me my owed wages.

4. On or around the week of July 7, 2009 I worked approximately 40 hours and Duraco Products, Inc. never paid me for my work.

5. On or around the week of July 14, 2009 I worked approximately 40 hours and Duraco Products, Inc. never paid me for my work.

6. On or around the week of July 21, 2009 I worked approximately 40 hours and Duraco Products, Inc. never paid me for my work.

7. On or around the week of July 28, 2009 I worked approximately 40 hours and Duraco Products, Inc. never paid me for my work.

8. On or around the week of August 4, 2009 I worked approximately 40

Case: 1:19-cv-01444 Document #: 126-1 Filed: 10/25/19 Page 8 of 30 PageID #:744
Case 08-31353 Doc 602-1 Filed 03/11/10 Entered 03/11/10 16:50:30 Desc Exhibit
Exhibit A Affidavits of Employees Page 14 of 54

hours and Duraco Products, Inc. never paid me for my work.

9. On or around the week of August 11, 2009 I worked approximately 40 hours and Duraco Products, Inc. never paid me for my work.

Pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned, _____, certifies that s/he has read the foregoing document, and that the statements set forth in the document are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

Dated: 2/24/2010

_____
Jose Delgado

# EXHIBIT C

| Plaintiff | Rate of Deduction Per Check | Total Months | Total |
|---|---|---|---|
| Hodson, Bryan | $130.00 | 3 | $780.00 |
| Magnuson, Donna | $131.85 | 8 | $2109.60 |
| Socki, Kenneth | $131.85 | 11.5 | $3032.55 |
| Van Dusen, William | $371.69 | 9 | $6690.42 |
| **Total** | | | **$12612.57** |

# EXHIBIT D

| Plaintiff | Owed Wages | Liquidated Damages | Vacation | Unlawful Insurance Premium Wages | Total |
|---|---|---|---|---|---|
| Arteaga, Maria | $6,230.10 | $6,230.10 | $880.00 | | $13,340.20 |
| Arteaga, Ofelia | $5,368.80 | $5,368.80 | $360.00 | | $11,097.60 |
| Avina, Maria | $882.76 | $882.76 | $640.00 | | $2,405.52 |
| Briseno, Rosa | $5,695.68 | $5,695.68 | $400.00 | | $11,793.76 |
| Cambra, Kimberly | $8,096.89 | $8,096.89 | $0 | | $16,193.78 |
| Delgado, Jose | $3,076.80 | $3,076.80 | $0 | | $6,153.60 |
| Dickey, Mike | $4,442.35 | $4,442.35 | $0 | | $8,884.70 |
| Gonzalez, Maria | $7,640.89 | $7,640.89 | $640.00 | | $15,921.78 |
| Hodson, Bryan | $13,630.78 | $13,630.78 | $515.52 | $780.00 | $28,557.08 |
| Jimenez, Adalberto | $11,341.54 | $11,341.54 | $0 | | $22,683.08 |
| Jimenez, Maribel | $1,903.20 | $1,903.20 | $0 | | $3,806.40 |
| Kramer, Gary | $250.00 | $250.00 | $888.16 | | $1,388.16 |
| Maria Madrid | $3,505.78 | $3,505.78 | $320.00 | | $7,331.56 |
| Magnuson, Donna | $19,652.25 | $19,652.25 | $0 | $2,110 | $41,414.10 |
| Mares, Monica | $5,728.84 | $5,728.84 | $360.00 | | $11,817.68 |
| Martinez, Pablino | $2,365.60 | $2,365.60 | $0 | | $4,731.20 |
| Mendoza, Guadalupe | $6,503.20 | $6,503.20 | $960.00 | | $13,966.40 |
| Perez, Silvia | $2,732.95 | $2,732.05 | $0 | | $5,464.10 |

| | | | | | |
|---|---|---|---|---|---|
| Ritchey, Robin | $5,561.89 | $5,561.89 | $0 | | $11,123.78 |
| Rodriguez, Brenda | $763.88 | $763.88 | $0 | | $1,527.76 |
| Rodriguez, Irma | $5,449.40 | $5,449.40 | $402.00 | | $11,300.80 |
| Rodriguez, Juan | $7,079.36 | $7,079.36 | $960.00 | | $15,118.72 |
| Schmidt, Dorothea | $7,980.06 | $7,980.06 | $0 | | $15,960.12 |
| Seidl, Patricia | $1,524.03 | $1,524.03 | $2,200 | | $5,268.06 |
| Seidl, Rudolph | $1,818.52 | $1,818.52 | $0 | | $3,637.04 |
| Socki, Kenneth | $14,431.55 | $14,431.55 | $4,280.00 | $3,032.55 | $36,175.65 |
| VanDusen, William | $28,876.41 | $28,876.41 | $1,418.40 | $6,690.42 | $65,861.64 |
| Vazquez, Maria | $1,435.10 | $1,435.10 | $0 | | $2,870.20 |
| Schallmo, Charmine | $2,960.88 | $1,966.68 | $0 | | $4,927.56 |
| Lordan, Margaret | $3,886.48 | $2,139.96 | $0 | | $6,026.44 |
| Tomas, Agata | $3,673.68 | $2,309.28 | $0 | | $5,982.96 |
| **Total** | | | | | $412,731.43 |

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA ARTEAGA, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10-CV-01444 |
| | ) |
| KEVIN LYNCH, et al. | ) Judge Pallmeyer |
| | ) |
| Defendants | ) |

## JUDGMENT ORDER

This Court having found that Defendants Kevin Lynch and Michael W. Lynch: 1) are Plaintiffs' employers under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Illinois Minimum Wage Law ("IMWL") 820 ILCS 105/1 *et seq.*, and the Illinois Wage Payment and Collection Act ("IWPCA") 820 ILCS 115/1 *et seq.*; 2) violated the FLSA, the IMWL, and the IWPCA by failing to compensate Plaintiffs at all for multiple weeks of work and not paying certain Plaintiffs part of their wages as health insurance premiums that Defendants failed to remit to their insurance carrier; and 3) are joint and severally liable for the alleged violations, it is hereby ordered that Defendants pay Plaintiffs $ 412,731.43, as follows:

1. Defendants pay Plaintiff Maria Arteaga $13,340.20, with $6,230.10 as owed wages, $6,230.10 as liquidated damages and $880.00 as owed vacation;

2. Defendants pay Plaintiff Ofelia Arteaga $11,097.60, with $5,368.8 as owed wages, $5,368.8 as liquidated damages and $360.00 as owed vacation;

3. Defendants pay Plaintiff Maria Avina $2,405.53, with $882.76 as owed wages, $882.76 as liquidated damages and $640.00 as owed vacation;

4. Defendants pay Plaintiff Rosa Briseno $11,793.76, with $5,695.68 as owed wages, $5,695.68 as liquidated damages and $400.00 as owed vacation;

5. Defendants pay Plaintiff Kimberly Cambra $16,193.78, with $8,096.89 as owed wages and $8,096.89 as liquidated damages;

6. Defendants pay Plaintiff Jose Delgado $6,153.60, with $3,076.80 as owed wages and $3,076.80 as liquidated damages;

7. Defendants pay Plaintiff Mike Dickey $8,884.70, with $4,442.35 as owed wages and $4,442.35 as liquidated damages;

8. Defendants pay Plaintiff Maria Gonzalez $15,921.78, with $7,640.89 as owed wages, $7,640.89 as liquidated damages and $640.00 as owed vacation;

9. Defendants pay Plaintiff Bryan Hodson $28,557.08, with $13,630.78 as owed wages, $13,630.78 as liquidated damages, $515.52 as owed vocation and $780.00 as owed wages for insurance premiums;

10. Defendants pay Plaintiff Adalberto Jimenez $22,683.08, with $11,341.54 as owed wages and $11,341.54 as liquidated damages;

11. Defendants pay Plaintiff Maribel Jimenez $3,806.40, with $1,903.20 as owed wages and $1,903.20 as liquidated damages;

12. Defendants pay Plaintiff Gary Kramer $1,388.16, with $250.00 as owed wages, $250.00 as liquidated damages and $888.16 as owed vacation;

13. Defendants pay Plaintiff Maria Madrid $7,331.56, with $3,505.78 as owed wages, $3,505.78 as liquidated damages and $320.00 as owed vacation;

14. Defendants pay Plaintiff Donna Magnuson $41,414.10, with $19,652.25 as owed wages, $19,652.25 as liquidated damages and $2,110.00 as owed wages for insurance premiums;

15. Defendants pay Plaintiff Monica Mares $11,817.68, with $5,728.84 as owed wages, $5,728.84 as liquidated damages and $360.00 as owed vacation;

16. Defendants pay Plaintiff Pablino Martinez $4,731.20, with $2,365.60 as owed wages and $2,365.60 as liquidated damages;

17. Defendants pay Plaintiff Guadalupe Mendoza $13,966.40, with $6,503.20 as owed wages, $6,503.20 as liquidated damages and $960.00 as owed vacation;

18. Defendants pay Plaintiff Silvia Perez $5,464.10, with $2,732.95 as owed wages and $2,732.05 as liquidated damages;

19. Defendants pay Plaintiff Robin Ritchey $11,123.78, with $5,561.89 as owed wages and $5,561.89 as liquidated damages;

20. Defendants pay Plaintiff Brenda Rodriguez $1,527.76, with $763.88 as owed wages and $763.88 as liquidated damages;

21. Defendants pay Plaintiff Irma Rodriguez $11,300.80, with $5,449.40 as owed wages, $5,449.40 as liquidated damages and $402.00 as owed vacation;

22. Defendants pay Plaintiff Juan Rodriguez $15,118.72, with $7,079.36 as owed wages, $7,079.36 as liquidated damages and $960.00 as owed vacation;

23. Defendants pay Plaintiff Dorothea Schmidt $15,960.12, with $7,980.06 as owed wages and $7,980.06 as liquidated damages;

24. Defendants pay Plaintiff Patricia Seidl $5,268.06, with $1,524.03 as owed wages, $1,524.03 as liquidated damages and $2,200.00 as owed vacation;

25. Defendants pay Plaintiff Rudolph Seidl $3,637.04, with $1,818.52 as owed wages and $1,818.52 as liquidated damages;

26. Defendants pay Plaintiff Kenneth Socki $36,175.65, with $14,431.55 as owed wages, $14,431.55 as liquidated damages, $4,280.00 as owed vacation and $3,032.55 as owed wages for insurance premiums;

27. Defendants pay Plaintiff William Van Dusen $65,861.64, with $28,876.41 as owed wages, $28,876.41 as liquidated damages, $1,418.40.00 as owed vacation and $6,690.42 as owed wages for insurance premiums;

28. Defendants pay Plaintiff Maria Vazquez $2,870.20, with $1,435.10 as owed wages and $1,435.10 as liquidated damages;

29. Defendants pay Plaintiff Charmine Schallmo $4,927.56, with $2,960.88 as owed wages and $1,966.68 as liquidated damages;

30. Defendants pay Plaintiff Margaret Lordan $6,026.44, with $3,886.48 as owed wages and $2,139.96 as liquidated damages;

31. Defendants pay Plaintiff Agata Tomas $5,982.96, with $3,673.68 as owed wages and $2,309.28 as liquidated damages;

32. Defendants pay Working Hands Legal Clinic, and Workers' Law Office P.C., reasonable attorneys' fees and costs as awarded by the Court.

ENTERED:

Dated:_____, _____

_____
Honorable Judge Pallmayer