EMT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Maria Arteaga, et al, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) No. 10 C 1444 |
| Kevin Lynch, et al, | ) Judge Rebecca R. Pallmeyer |
| Defendants. | ) ) ) |

### ORDER

    Motion hearing held on 11/4/2013. Plaintiffs' motion for entry of an order of judgment against Defendants Kevin Lynch and Michael Lynch jointly and severally [153] granted. IT IS HEREBY ORDERED that Defendants Kevin Lynch and Michael W. Lynch are jointly and severally liable to Plaintiffs for owed wages and statutory damages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Illinois Minimum Wage Law ("IMWL") 820 ILCS 105.1 *et seq.*, and the Illinois Wage Payment and Collection Act ("IWPCA") 820 ILCS 115/1 *et seq.* in the total amount of $366,009.72. Plaintiffs are further awarded Judgment against Defendants Kevin Lynch and Michael Lynch, jointly and severally, in the amount of all of Plaintiffs' reasonable attorneys' fees and cost in prosecuting this matter, said amount to be determined by this Court upon Plaintiffs' Counsel filing a fee petition with the Court pursuant to Local Rule 54.3.

                                                                  ENTER:

Dated: November 4, 2013

                                                 REBECCA R. PALLMEYER
                                                 United States District Judge

(T:00:02)

U.S. DISTRICT COURT
CLERK
2013 NOV -6 PM 2:35
RECEIVED FOR DOCKETING
ED-6
9-03