

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA ARTEAGA, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 10-CV-01444<br>) |
| KEVIN LYNCH, *et al.* | ) Judge Pallmeyer<br>) |
| Defendants | )<br>) |

## ORDER OF JUDGMENT

This matter coming before the Court for an entry of judgment, the Court having ruled in favor of Plaintiffs on their Motion for Summary Judgment in this matter and having considered Plaintiffs' proposed damage calculations,

IT IS HEREBY ORDERED that:

1. Defendants Kevin Lynch and Michael W. Lynch are jointly and severally liable to Plaintiffs for owed wages and statutory damages pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Illinois Minimum Wage Law ("IMWL") 820 ILCS 105/1 *et seq.*, and the Illinois Wage Payment and Collection Act ("IWPCA") 820 ILCS 115/1 *et seq.* in the total amount of $366,009.72, apportioned as follows:

   i. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Maria Arteaga in the amount of $11,052.20, with $5,526.10 as owed wages and $5,526.10 as liquidated damages;

   ii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Ofelia Arteaga in the amount of $9,554.60, with $4,777.30 as owed wages and $4,777.30 as liquidated damages;

   iii. Defendants Kevin Lynch and Michael Lynch are jointly and severally

liable to Plaintiff Maria Avina in the amount of $2,405.52, with $882.76 as owed wages, $882.76 as liquidated damages and $640.00 as owed vacation;

iv. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Rosa Briseno in the amount of $10,074.20, with $5,037.10 as owed wages and $5,037.10 as liquidated damages;

v. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Kimberly Cambra in the amount of $15,343.78, with $7,671.89 as owed wages and $7,671.89 as liquidated damages;

vi. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Jose Delgado in the amount of $6,153.60, with $3,076.80 as owed wages and $3,076.80 as liquidated damages;

vii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Mike Dickey in the amount of $8,884.70, with $4,442.35 as owed wages and $4,442.35 as liquidated damages;

viii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Maria Gonzalez in the amount of $14,257.78, with $7,128.89 as owed wages and $7,128.89 as liquidated damages;

ix. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Bryan Hodson in the amount of $25,189.82, with $12,594.91 as owed wages and $12,594.91 as liquidated damages;

x. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Adalberto Jimenez in the amount of $22,683.08, with $11,341.54 as owed wages and $11,341.54 as liquidated damages;

xi. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Maribel Jimenez in the amount of $3,806.40, with $1,903.20 as owed wages and $1,903.20 as liquidated damages;

xii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Gary Kramer in the amount of $1,388.16, with $250.00 as owed wages, $250.00 as liquidated damages and $888.16 as owed vacation;

xiii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Maria Madrid in the amount of $7,331,56, with $3,505.78 as owed wages, $3,505.78 as liquidated damages and $320.00 as owed vacation;

xiv. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Donna Magnuson in the amount of $38,304.50, with $19,152.25 as owed wages and $19,152.25 as liquidated damages;

xv. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Monica Mares in the amount of $10,288.58, with $5,144.29 as owed wages and $5,144.29 as liquidated damages;

xvi. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Pablino Martinez in the amount of $4,203.20, with $2,101.60 as owed wages and $2,101.60 as liquidated damages;

xvii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Guadalupe Mendoza in the amount of $12,110.40, with $6,055.20 as owed wages and $6,055.20 as liquidated damages;

xviii. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Silvia Perez in the amount of $5,464.10, with $2,732.05 as owed wages and $2,732.05 as liquidated damages;

xix. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Robin Ritchey in the amount of $11,123.78, with $5,561.89 as owed wages and $5,561.89 as liquidated damages;

xx. Defendants Kevin Lynch and Michael Lynch are jointly and severally

|  | liable to Plaintiff Brenda Rodriguez in the amount of $1,527.76, with $763.88 as owed wages and $763.88 as liquidated damages; |
|---|---|
| xxi. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Irma Rodriguez in the amount of $11,300.80, with $5,449.40 as owed wages, $5,449.40 as liquidated damages and $402.00 as owed vacation; |
| xxii. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Juan Rodriguez in the amount of $11,009.12, with $5,504.56 as owed wages and $5,504.56 as liquidated damages; |
| xxiii. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Dorothea Schmidt in the amount of $13,340.84, with $6,670.42 as owed wages and $6,670.42 as liquidated damages; |
| xxiv. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Patricia Seidl in the amount of $4,464.40, with $1,132.20 as owed wages, $1,132.20 as liquidated damages and $2,200.00 as owed vacation; |
| xxv. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Rudolph Seidl in the amount of $3,637.04, with $1,818.52 as owed wages and $1,818.52 as liquidated damages; |
| xxvi. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Kenneth Socki in the amount of $22,131.50 with $11,065.75 as owed wages and $11,065.75 as liquidated damages; |
| xxvii. | Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff William Van Dusen in the amount of $59,171.22, with $28,876.41 as owed wages, $28,876.41 as liquidated damages and $1,418.40 as owed vacation; |
| xxviii. | Defendants Kevin Lynch and Michael Lynch are jointly and severally |

liable to Plaintiff Maria Vazquez in the amount of $2,870.20, with $1,435.10 as owed wages and $1,435.10 as liquidated damages;

xxix. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Charmine Schallmo in the amount of $4,927.56, with $2,463.78 as owed wages and $2,463.78 as liquidated damages;

xxx. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Margaret Lordan in the amount of $6,026.44, with $3,013.22 as owed wages and $3,013.22 as liquidated damages;

xxxi. Defendants Kevin Lynch and Michael Lynch are jointly and severally liable to Plaintiff Agata Tomas in the amount of $5,982.96, with $2,991.48 as owed wages and $2,991.48 as liquidated damages;

2. Plaintiffs are further awarded Judgment against Defendants Kevin Lynch and Michael Lynch, jointly and severally, in the amount of all of Plaintiffs' reasonable attorneys' fees and cost in prosecuting this matter, said amount to be determined by this Court upon Plaintiffs' Counsel filing a fee petition with the Court pursuant to Local Rule 54.3.

ENTERED:

Nov. 4, 2013

Rebecca R. Pallmeyer, Judge
United States District Court

11-4-13