IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA ARTEAGA, et al., )
                Plaintiffs, )
    v. ) Case No. 10 C 1844
        ) Judge Pallmeyer
KEVIN LYNCH, et al., )
                Defendants. )

10-CV-1444

FILED
AUG X 5 2014
AUG 5 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## ANSWER

I, __Tyra Smalls__, certify under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the Judgment Debtor.

### Interrogatories

*No accounts*

1. On the date of service of the citation, did you have in your possession, custody, or control any personal property or monies belonging to the Judgment Debtor? ☐ Yes ☒ No

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement, or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

| 4. | Account Balance | Amount Withheld |
|---|---|---|
| Savings Account | | |
| Checking and/or Now Account | | |
| Certificate of Deposit | | |
| Money Market Account | | |
| Trust Account | | |
| Safety Deposit Box | | |
| Other accounts | | |
| Subtotal | | |
| Less right of offset for loans | | |
| Less deduction for fees limited by law | | |
| Total Amount Frozen | | |

3

5. On a separate sheet, list all electronic deposits into account(s) and their source(s) except deposits, including account number, source, and monthly amount.

6. On a separate sheet, list all joint account holders or adverse claimants, including name, address, account type, and account number.

7. On a separate sheet, list any other personal property belonging to the Judgment Debtor in your possession, custody, or control.

According to the business records kept by Citation Respondent, we show the above accounts to be true and correct.

Date: 7-29-14

Print Agent Name: Tyra Smalls

Respondent Name:
Address: Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502
NY7-501-02-07

Signature of Agent: /s/ Smalls

Telephone: 213-580-0702

Fax: 617-310-2751

4